**08CR 0109**

**JUDGE SHADUR**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FILED**

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

FEB - 5 2008

MAGISTRATE JUDGE COLE

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints? NO X   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed complaint:

FEB 05 2008

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO X   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

FEB 05 2008

3) Is this a re-filing of a previously dismissed indictment or information?   NO X   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO X   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO X   YES ☐

6) What level of offense is this indictment or information?   FELONY X   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO X   YES ☐

8) Does this indictment or information include a conspiracy count?   NO X   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide .......... (II)            ☐ Income Tax Fraud ......... (II)         ☐ DAPCA Controlled Substances .. (III)
   ☐ Criminal Antitrust ...... (II)      ☐ Postal Fraud .......... (II)            ☐ Miscellaneous General Offenses .. (IV)
   ☐ Bank robbery ......... (II)         X Other Fraud .......... (III)            ☐ Immigration Laws ......... (IV)
   ☐ Post Office Robbery .... (II)       ☐ Auto Theft .......... (IV)              ☐ Liquor, Internal Revenue Laws ... (IV)
   ☐ Other Robbery ........ (II)         ☐ Transporting Forged Securities . (III)  ☐ Food & Drug Laws ......... (IV)
   ☐ Assault .......... (III)            ☐ Forgery .......... (III)                ☐ Motor Carrier Act ......... (IV)
   ☐ Burglary .......... (IV)            ☐ Counterfeiting .......... (III)         ☐ Selective Service Act ....... (IV)
   ☐ Larceny and Theft ..... (IV)        ☐ Sex Offenses .......... (II)            ☐ Obscene Mail .......... (III)
   ☐ Postal Embezzlement .... (IV)       ☐ DAPCA Marijuana ........ (III)          ☐ Other Federal Statutes ....... (III)
   ☐ Other Embezzlement .... (III)       ☐ DAPCA Narcotics ........ (III)          ☐ Transfer of Probation Jurisdiction . (V)

10) List the statute of each of the offenses charged in the indictment or information.
    18 U.S.C. § 1341
    18 U.S.C. § 1343

SHOSHANA L. GILLERS
Assistant United States Attorney

(Revised 12/99)