# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 109 | **DATE** | 2/29/2008 |
| **CASE TITLE** | USA vs. Calvin Lockhart | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters a plea of not guilty to all charges. LR 16.1 to be completed by 3/14/08. Defense motions are due March 28, 2008. Government response is due on or before April 7, 2008. A status hearing is set for April 10, 2008 at 1:15 p.m. Linda Amdur is appointed to represent defendant. Time is excluded beginning today through April 10, 2008 under 18:3161(h)(1) and the Tibboel case. (XE)

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | SN |
|---|---|---|