UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CR 109 |
| | ) | Honorable Milton I. Shadur |
| CALVIN LOCKHART, | ) | |
| Defendant. | ) | |

**DEFENDANT CALVIN LOCKHART'S MOTION FOR
NOTICE OF INTENTION TO USE EVIDENCE
OF OTHER CRIMES, ACTS AND WRONGS OF DEFENDANT**

Now comes Defendant Calvin Lockhart, by his attorney, Linda Amdur, and prays for entry of an order requiring the United States to provide notice of its intention to use evidence of other crimes, acts and wrongs of Defendant, either in its case-in-chief, for impeachment, or in rebuttal, including the following:

1. Evidence of other crimes, wrongs or acts of Defendant, as that phrase is used in Rule 404(b) of the Federal Rules of Evidence.

   (a) In regard to the notice, the government should identify and describe:

   (I)   the dates, times, places and persons involved in such other crimes, wrongs and acts;

   (ii)  the statements of each participant in such other crimes, wrongs and acts;

   (iii) any documents which contain or evidence such other crimes, wrongs and acts, including when the documents were prepared, who prepared the documents, and who has possession of the documents; and

   (iv)  the issue or issues to which the government believes that such other crimes, wrongs and acts are relevant.

    2. Defendant Calvin Lockhart also requests notice of any evidence viewed by the government as "intricately related to the facts of the case," if such evidence could arguably and in good faith be viewed as 404(b) evidence by Defendant.

    3. Furthermore, Defendant requests pretrial production of material that is admissible under Rule 608(b) to the extent the evidence constitutes "other act" evidence within the meaning of Rule 404(b) and the 1991 Advisory Committee Notes to that Rule, or evidence subject to disclosure under Rule 16.

    4. Pursuant to Rule 404(b), Defendant Calvin Lockhart requests reasonable notice before trial, and thus requests notice thirty days prior to trial in order to have sufficient time to investigate all such evidence.

                                        Respectfully submitted,

                                        S/Linda Amdur

Linda Amdur                             Linda Amdur, Attorney for
Attorney for Defendant                Defendant Calvin Lockhart
53 W. Jackson Blvd.
Suite 1503
Chicago, Illinois 60604
(312) 347-9999

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CR 109 |
| | ) | Honorable Milton I. Shadur |
| CALVIN LOCKHART, | ) | |
|     Defendant. | ) | |

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), Defendant Calvin Lockhart's Motion For Notice of Intention To Use Evidence of Other Crimes, Acts and Wrongs of Defendant was served pursuant to the district court's ECF system as to ECF filers on March 28, 2008.

    Respectfully submitted,

S/Linda Amdur
Linda Amdur, Attorney for
Defendant Calvin Lockhart
53 West Jackson Blvd.
Suite 1503
Chicago, IL 60604
(312) 347-9999