UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CR 109 |
| | ) | Honorable Milton I. Shadur |
| CALVIN LOCKHART, | ) | |
| Defendant. | ) | |

### DEFENDANT CALVIN LOCKHART'S MOTION
### FOR EARLY RETURN OF SUBPOENAS

Now comes Defendant Calvin Lockhart, by his attorney, Linda Amdur, pursuant to Rule 17 ( c ) of the Federal Rules of Criminal Procedure and the Sixth Amendment of the United States Constitution, and moves this Court for the entry of an order permitting the early return of trial subpoenas.

Respectfully submitted,

S/Linda Amdur
Linda Amdur, Attorney for
Defendant Calvin Lockhart

Linda Amdur
Attorney for Defendant
53 West Jackson Blvd.
Suite 1503
Chicago, Illinois 60604
(312) 347-9999

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CR 109 |
| | ) | Honorable Milton I. Shadur |
| CALVIN LOCKHART, | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic case Filing (ECF), Defendant Calvin Lockhart's Motion For Early Return of Subpoenas was filed and served pursuant to the district court's ECF system as to ECF filers on March 28, 2008.

Respectfully submitted,

S/Linda Amdur
Linda Amdur, Attorney for
Defendant Calvin Lockhart

Linda Amdur
53 West Jackson Blvd.
Suite 1503
Chicago, IL 60604
(312) 347-9999