UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 08 CR 109 |
| | ) |
| CALVIN LOCKHART | ) Judge Milton I. Shadur |

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document: GOVERNMENT'S CONSOLIDATED RESPONSE TO DEFENDANT'S PRE-TRIAL MOTIONS was served on April 1, 2008 in accordance with Fed. R. Crim. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

Respectfully submitted,
PATRICK J. FITZGERALD
United States Attorney

By: s/Shoshana L. Gillers
SHOSHANA L. GILLERS
Assistant United States Attorney
219 S. Dearborn St.
Chicago, Illinois 60604
(312) 353-5310