# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

                                 Plaintiff,

v.                                                 Case No.: 1:08−cr−00109
                                                      Honorable Milton I. Shadur

Calvin Lockhart

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 10, 2008:

      MINUTE entry before Judge Honorable Milton I. Shadur:Motion [11] for immediate disclosure of favorable evidence is granted. Motion for disclosure of evidence [12] is granted as to Calvin Lockhart. Motion for notice of intention to use evidence of other crimes [13] is granted in part and denied in part as to Calvin Lockhart (1); Motion for early return of trial subpoenas [14] is granted as to Calvin Lockhart. Status hearing held on 4/10/2008; ( Status hearing set for 5/13/2008 at 01:15 PM.). Time is excluded under 18:3161(h)(8)(a) and (b)(2) to and including May 13, 2008. Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.