UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA

          Plaintiff,

v.                                              Case No.: 1:08−cr−00109
                                                    Honorable Milton I. Shadur

Calvin Lockhart

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

    MINUTE entry before the Honorable Milton I. Shadur:Status hearing held on 6/17/2008. Time is excluded beginning June 17 through July 18 under 18:3161(h)(1)(I) of the Speedy Trial Act. Change of Plea Hearing set for 7/18/2008 at01:15 PM. Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.