IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
7-29-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| IN RE: TAX DISCLOSURE OF ) | |
| ) | |
| ) | No. 08 CR 109 |
| AUSTIN COMMUNITY RESOURCE ) | Hon. Milton Shadur |
| CENTER, ) | |
| RJC MANAGEMENT, ) | |
| THERESA J TUCKER, ) | |
| d.b.a. TUCKER ENTERPRISES, ) | |
| CG PRODUCTIONS, ) | |
| DIVERSIFIED INVESTMENT LLC, ) | |
| LYRICAL ENTREPENOURS ) | |
| PRODUCTIONS, ) | |
| C&D INVESTMENT, ) | |
| WOMEN EMPOWERED BY ) | |
| GROWTH & DEVELOPMENT, ) | |
| NUBIAN 5 PRODUCTIONS, and ) | |
| YOUTH AGAINST GANG ACTIVITY ) | |

**APPLICATION FOR ORDER TO DISCLOSE TAX
RETURNS AND RETURN INFORMATION AT TRIAL**

The United States of America, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, pursuant to 26 U.S.C. § 6103(i)(4)(A)(i) and (A)(ii), makes application to the Court for an order, authorizing the government to disclose tax returns and return information of:

> Austin Community Resource Center
> RJC Management
> Theresa J Tucker
> CG Productions
> Diversified Investments
> Lyrical Entrepenours Productions
> C&D Investment
> Women Empowered By Growth & Development
> Nubian 5 Production
> Youth Against Gang Activity

which tax returns and return information are described as:

Form 3050
Certified INOLES transcripts

In support of his application, applicant avers the following:

(1) Defendant has been indicted for violations of mail fraud and wire fraud in connection with a scheme to defraud payroll companies and banks through the creation and control of sham companies.

(2) On April 4, 2008, the government provided the tax returns and return information described herein as part of its Rule 16 disclosures, unaware of its need to seek court approval for such disclosures.

(3) The above-described tax returns and return information are probative of a matter in issue relevant to establishing the commission of the crime charged in that the ten companies listed above are companies that defendant Lockhart created and controlled, and which he used in order to defraud payroll companies and banks. In addition, the correspondence between on the one hand, Lockhart and the individuals whom he controlled, and, on the other hand, the IRS, regarding the issuance of Employee Identification Numbers for the ten companies comprise several of the charged mailings and wirings.

WHEREFORE, applicant prays the Court enter an order on this application authorizing disclosure by the Government of the tax returns and return information specified herein.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

SHOSHANA L. GILLERS
Assistant United States Attorney
219 S. Dearborn Street
Chicago, Illinois 60604
(312) 353-5310

Date: July 29, 2008