UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
7-29-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 109 |
| | ) | |
| CALVIN LOCKHART | ) | Hon. Milton Shadur |
| | ) | |

## NOTICE OF UNOPPOSED APPLICATION

To:   Linda Amdur
      53 West Jackson Boulevard
      Suite 1503
      Chicago, IL 60604

PLEASE TAKE NOTICE that on Friday, August 1, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, I will appear before Judge Shadur in the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present GOVERNMENT'S UNOPPOSED APPLICATION FOR ORDER TO DISCLOSE TAX RETURNS AND RETURN INFORMATION AT TRIAL.

SHOSHANA L. GILLERS
Assistant United States Attorney
219 South Dearborn Street - 5000
Chicago, Illinois 60604
(312) 353-5300