M HN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

N RE: TAX DISCLOSURE OF            )
                                   )
                                   )    No. 08 CR 109
AUSTIN COMMUNITY RESOURCE          )    Hon. Milton Shadur
CENTER,                            )
RJC MANAGEMENT,                    )
THERESA J TUCKER,                  )
d.b.a. TUCKER ENTERPRISES,         )
CG PRODUCTIONS,                    )
DIVERSIFIED INVESTMENT LLC,        )
LYRICAL ENTREPENOURS               )
PRODUCTIONS,                       )
C&D     INVESTMENT,                )
WOMEN EMPOWERED BY                 )
GROWTH & DEVELOPMENT,              )
NUBIAN 5 PRODUCTIONS, and          )
YOUTH AGAINST GANG ACTIVITY        )

**ORDER FOR DISCLOSURE OF TAX RETURNS
AND RETURN INFORMATION**

On this **30** day of **July**, 2008, upon the application of the United States Attorney for the Northern District of Illinois for an order, pursuant to 26 U.S.C. § 6103(i)(4)(A)(i), and (ii) to disclose tax returns and return information of:

Austin Community Resource Center
RJC Management
Theresa J Tucker
CG Productions
Diversified Investments
Lyrical Entrepenours Productions
C&D Investment
Women Empowered By Growth & Development
Nubian 5 Production
Youth Against Gang Activity,

1

which tax returns and return information are described as:

Form 3050
Certified INOLES transcripts,

at the trial, in which Calvin Lockhart is a named defendant, and after examining the application, this Court FINDS:

There is reasonable cause to believe, based upon information believed to be reliable, that such tax return(s) and taxpayer information are probative of a matter in issue relevant to establishing the commission of the crime of mail and wire fraud in violation of Title 18, United States Code, Sections 1341 and 1343.

IT IS THEREFORE ORDERED that the Government may disclose such tax returns and return information of:

Austin Community Resource Center
RJC Management
Theresa J Tucker
CG Productions
Diversified Investments
Lyrical Entrepenours Productions
C&D Investment
Women Empowered By Growth & Development
Nubian 5 Production
Youth Against Gang Activity,

which tax returns and return information are described as:

Form 3050
Certified INOLES transcripts,

at the trial of such case or any related judicial proceeding.

      No disclosure shall be made to any other person except in accordance with the provisions of 26 U.S.C. § 6103 (i)(4).

                                                        _____
                                                        Hon. Milton Shadur

Dated: July 30, 2008