

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 109 | **DATE** | 7/30/2008 |
| **CASE TITLE** | USA vs. Calvin Lockhart | | |

**DOCKET ENTRY TEXT**

Government's application for order to disclose tax returns and return information at trial is granted. Enter Order for Disclosure of Tax Returns and Return information.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|