IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| N RE: TAX DISCLOSURE OF  )  )  )  AUSTIN COMMUNITY RESOURCE  )  CENTER,  )  RJC MANAGEMENT,  )  THERESA J TUCKER,  )  d.b.a. TUCKER ENTERPRISES,  )  CG PRODUCTIONS,  )  DIVERSIFIED INVESTMENT LLC,  )  LYRICAL ENTREPENOURS  )  PRODUCTIONS,  )  C&D   INVESTMENT,  )  WOMEN EMPOWERED BY  )  GROWTH & DEVELOPMENT,  )  NUBIAN 5 PRODUCTIONS, and  )  YOUTH AGAINST GANG ACTIVITY  ) | No. 08 CR 109  Hon. Milton Shadur |

**ORDER FOR DISCLOSURE OF TAX RETURNS**
**AND RETURN INFORMATION**

On this **30** day of **July** 2008, upon the application of the United States Attorney for the Northern District of Illinois for an order, pursuant to 26 U.S.C. § 6103(i)(4)(A)(i), and (ii) to disclose tax returns and return information of:

Austin Community Resource Center
RJC Management
Theresa J Tucker
CG Productions
Diversified Investments
Lyrical Entrepenours Productions
C&D Investment
Women Empowered By Growth & Development
Nubian 5 Production
Youth Against Gang Activity,

1

which tax returns and return information are described as:

Form 3050
Certified INOLES transcripts,

at the trial, in which Calvin Lockhart is a named defendant, and after examining the application, this Court FINDS:

There is reasonable cause to believe, based upon information believed to be reliable, that such tax return(s) and taxpayer information are probative of a matter in issue relevant to establishing the commission of the crime of mail and wire fraud in violation of Title 18, United States Code, Sections 1341 and 1343.

IT IS THEREFORE ORDERED that the Government may disclose such tax returns and return information of:

Austin Community Resource Center
RJC Management
Theresa J Tucker
CG Productions
Diversified Investments
Lyrical Entrepenours Productions
C&D Investment
Women Empowered By Growth & Development
Nubian 5 Production
Youth Against Gang Activity,

which tax returns and return information are described as:

Form 3050
Certified INOLES transcripts,

at the trial of such case or any related judicial proceeding.

No disclosure shall be made to any other person except in accordance with the provisions of 26 U.S.C. § 6103 (i)(4).

_____
Hon. Milton Shadur

Dated: July 30, 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 109 |
| v. ) | |
| ) | Judge Milton Shadur |
| CALVIN LOCKHART ) | |

### NOTICE OF FILING

TO: Linda Amdur
53 West Jackson Boulevard
Suite 1503
Chicago, IL 60604

PLEASE TAKE NOTICE that on July 29TH, 2008 the undersigned filed with the Clerk of this Court, APPLICATION FOR ORDER TO DISCLOSE TAX RETURNS AND RETURN INFORMATION AT TRIAL and an ORDER FOR DISCLOSURE OF TAX RETURNS AND RETURN INFORMATION service of the notice is being made upon you.

PATRICK J. FITZGERALD
United States Attorney

By: _____
SHOSHANA L. GILLERS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300